MAGISTRATE JUDGE JAMES P. DONOHUE

06-CR-00230-ORD

\_\_\_\_ FILED  \_\_\_\_ ENTERED
\_\_\_\_ LODGED  \_\_\_\_ RECEIVED

OCT 2 4 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RONNIE LEE CRUICKSHANK, Defendant. | NO. CR 06-230 RSL<br><br>(PROPOSED) ORDER GRANTING STIPULATED MOTION FOR TEMPORARY RELEASE FROM DETENTION FOR MEDICAL PURPOSES |

This matter comes on before the above-entitled Court upon the stipulated motion of the parties for the defendant's temporary release from detention for the sole purpose of attending his medical examination on Friday, October 27, 2006. Having considered the entirety of the records and files herein, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal shall arrange to have Ronnie Lee Cruickshank temporarily released from the Federal Detention Center at 9:30 a.m., on Friday, October 27, 2006, to the custody of the United States Marshal.

IT IS FURTHER ORDERED that Ronnie Cruickshank be released on the condition that he travel directly to the appointment at Cascade Orthopedics, 122 Third Street, Auburn, Washington 98002, with and in the custody of the United States Marshal and/or his agent(s), and that he engage in no activity other than that of attending said appointment.

//

(PROPOSED) ORDER GRANTING
STIPULATED MOTION FOR TEMPORARY
RELEASE FROM DETENTION
FOR MEDICAL PURPOSES
(Ronnie Cruickshank; #06-230RSL)        1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  IT IS FURTHER ORDERED that Mr. Cruickshank shall consume no alcohol or
2  drugs during the period of his temporary release, and shall commit no crimes or infractions.
3  IT IS FURTHER ORDERED that upon the conclusion of the appointment, the
4  United States Marshal and/or his agent(s) shall immediately return Mr. Cruickshank to the
5  Federal Detention Center for purposes of self-reporting. In no event shall Mr. Cruickshank
6  be returned to the Federal Detention Center later than 1:00 p.m. on October 27, 2006.
7  DONE this 24th day of October, 2006.

_____
THE HONORABLE JAMES P. DONOHUE
U.S. DISTRICT COURT MAGISTRATE JUDGE

13 Presented by:

14 /s/ Jennifer E. Wellman
   WSBA # 29193
15 Assistant Federal Public Defender
   Federal Public Defender's Office
16 1601 Fifth Avenue, Suite 700
   Seattle, WA 98101
17 Phone: (206) 553-1100
   Fax:   (206) 553-0120
18 jennifer_wellman@fd.org

19 /s/ Patricia Lally
   Assistant United States Attorney
20 *per telephonic approval*

(PROPOSED) ORDER GRANTING
STIPULATED MOTION FOR TEMPORARY
RELEASE FROM DETENTION
FOR MEDICAL PURPOSES
(*Ronnie Cruickshank;* #06-230RSL)          2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100